IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01049-RBJ-BNB

DANIEL ABERNATHY,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY d/b/a STATE FARM,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Amend Certain Deadlines in the Scheduling Order** [docket no. 16, filed September 26, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Settlement Conference set for **October 6, 2011**, is **VACATED**, and no confidential settlement letters need to be submitted at this time.

IT IS FURTHER ORDERED that the Scheduling Order is amended as follows:

>  Discovery Cut-Off: **March 20, 2012**;
>  Dispositive Motion Deadline: **April 21, 2012**;
>  Expert Witness Disclosures:
>  > The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 13, 2012**;
>  > The defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 13, 2012**;
>  > The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 14, 2012**.

IT IS FURTHER ORDERED that a Pretrial Conference is set for **June 25, 2012, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **June 14, 2012**. Please remember that

anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.


DATED:  September 27, 2011