IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01049-RBJ-BNB

DANIEL ABERNATHY,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY d/b/a STATE FARM,

Defendant.

___

# MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Certain Deadlines in the Amended Scheduling Order** [docket no. 22, filed January 11, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Scheduling Order is amended as follows:

Expert Witness Disclosures:
The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 29, 2012**;
The defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 30, 2012**;
The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 27, 2012**.

Discovery Cut-Off:           **May 4, 2012**;
Dispositive Motion Deadline:  **June 4, 2012**;

IT IS FURTHER ORDERED that the Pretrial Conference set for June 25, 2012, is **vacated and reset to August 9, 2012, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **August 2, 2012**. Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.


DATED:  January 13, 2012