IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01049-RBJ-BNB

DANIEL ABERNATHY,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY d/b/a STATE FARM,

Defendant.
_____

## ORDER
_____

This matter arises in connection with a settlement conference set to occur on February 10, 2012, at 9:00 a.m.  The defendant reports that it has been unable to fully complete its evaluation of the case, apparently due to a delay in receiving medical records and bills.  In view of this representation, it appears that the settlement conference is premature.

IT IS ORDERED that the settlement conference set for February 10, 2012, at 9:00 a.m., is VACATED.

Dated:   February 6, 2012

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge