IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01049-RBJ-BNB

DANIEL ABERNATHY,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY d/b/a STATE FARM,

Defendant.

_____

## **AMENDED ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before April 4, 2012, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated:  March 27, 2012

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge